Olaf W. Hedberg, SBN #151082
Olaf W. Hedberg, Attorney at Law
1107 9th St., Suite 850
Sacramento, CA 95814
(916) 447-1192
Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) </br> ) </br> Plaintiff, ) </br> ) </br> vs. ) </br> ) </br> JOEL LEYVA-PINUELAS ) </br> ) </br> Defendant. ) </br> ) | No. CR S 08-516 LKK </br></br> STIPULATION AND ORDER </br></br> Date: December 16, 2008 </br> Time: 9:15 a.m. </br> Judge: Hon. Lawrence K. Karlton |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, Daniel S. McConkie, Assistant Untied States Attorney, attorney for Plaintiff, and Olaf W. Hedberg, attorney for defendant that the status conference now scheduled for December 16, 2008 at 9:15 am be vacated and a new date of January 13, 2009 at 9:15 am  be set for status conference. This matter is a Fast Track Immigration Prosecution Program case. As of the date of the filing of this Stipulation and Proposed Order the Probation Department has not completed their report. As a result, defense counsel has nothing to review with his client and can make no recommendation to his client regarding the disposition of this case.

1   It is further stipulated and agreed between the parties that the period beginning December 16, 2008 and ending January 13, 2009, should be excluded in computing the time within which the trial of the above criminal prosecution must commence for the purpose of the Speedy Trial Act for defense preparation. The defense has been engaged in ongoing legal research and investigation, and will need time to review the report and decide upon a course of action. All parties stipulate and agree that this is an appropriate exclusion of time within the meaning of Title 18, United States Code, Section 3161(h)(8)(iv) (Local Code T4).

Respectfully submitted,
Dated this December 10, 2008
By /s/ Olaf Hedberg
Olaf W. Hedberg, Attorney at Law
Attorney for Joel Leyva-Pinuelas

Dated this December 10, 2008
MCGREGOR W. SCOTT
United States Attorney
/s/ Olaf Hedberg for Daniel S. McConkie
Daniel S. McConkie
Assistant U.S. Attorney

**ORDER**

**IT IS SO ORDERED**

DATED: December 10, 2008

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT