**FILED**
January 15, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                          )   Case No. 2:08CR00516 LKK
            Plaintiff,    )
                          )   ORDER FOR RELEASE OF
v.                        )   PERSON IN CUSTODY
                          )
JOEL LEYVA PINUELAS,      )
                          )
            Defendant.    )

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release __JOEL LEYVA PINUELAS__, Case No. __2:08CR00516__, Charge __18:3606 - Violation of Supervised Release__, from custody for the following reasons:

    __ Release on Personal Recognizance

    __ Bail Posted in the Sum of $__

        __ Unsecured Appearance Bond

        __ Appearance Bond with 10% Deposit

        __ Appearance Bond with Surety

        __ Corporate Surety Bail Bond

    ✔ (Other)    __Time Served__

Issued at __Sacramento, CA__ on __January 15, 2013__ at __9:30 am__.

By _____
Lawrence K. Karlton
United States District Judge

Original - U.S. Marshal